E-FILED: **8/17/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, AND NEVADA, et al.**,<br><br>  Plaintiffs,<br><br>  v.<br><br>**WESTWIND MECHANICAL, INC., et al.**,<br><br>  Defendants. | CASE NO. CV 10-1777-GHK (SSx)<br><br>**JUDGMENT** |

   This matter having come before this Court on Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada, Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada, Board of Trustees of the Sheet Metal and Air Conditioning Contractors of San Diego Industry Fund, Inc., Board of Trustees of the Sheet Metal and Air Conditioning Apprenticeship and Journeymen Training Fund, Board of Trustees of the Sheet Metal Workers' Local 206 Section 401(k) Plan, and Sheet Metal Workers International Association, Local Union No. 206 Working Dues Plan's (collectively, "Plaintiffs") Motion for Default Judgment ("Motion") against Defendants Westwind Mechanical, Inc.

1  and Andrea Denise Moyal (collectively, "Defendants");

2  AND, the Court having read and considered the pleadings, declarations and exhibits submitted in this matter and having reviewed such evidence as was presented in support of Plaintiffs' Motion;

AND, pursuant to our August 17, 2010 Order Granting the Motion, and good cause appearing therefore, IT IS HEREBY **ADJUDGED** THAT:

1) Plaintiffs **SHALL** have judgment against Defendants jointly and severally in the total sum of $178,616.01.

2) The principal sum of $178,616.01 consists of: $142,169.98 in delinquent employee benefit plan contributions at the interest rate of 12 percent per annum; $28,433.95 in liquidated damages; $7,012.08 in attorneys' fees pursuant to Local Rule 55-3; and $1,000.00 in costs.

3) Plaintiff **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: August 17, 2010

_____
GEORGE H. KING
United States District Judge